

Dear 5th Circuit Court

Attn: Nathan Oshsner Clerk of Court

Contines of Lamark Johnson, June 17, 1974

Spin# 02170059  Harris County Jail

United States Courts
Southern District of Texas
FILED

DEC 18 2023

Nathan Ochsner, Clerk of Court

Aprox!

11/14/23  Blood pressure was 180/110   7:55 Am
Still sleeping on floor 2A1A in cell sever paine. Medicall
@ 1200 baker Change my meds with my or my
Primary doctors permission. Gave me Limpersol
and Lasinpril with i am alergy to and can not
have, these medication elevates my kidneys and
causing my throat to close up, indengaring
my health.   The were told and giving My primary Doctor
                                    Dr. fam.

11/14/23  Approx 11:43 am
Left 1200 baker Clinic, blood pressure was still
High 178/111, Nurse baity Provider Bailey was in
Charged she than ordered the Nurse to do it Manully.
My reason for going to the Clinic was for Housing
Change for fitting my Medical Condition. My housing
Was not changed which keeps me in pain ~~xxxxxxxx~~
elevating my blood pressure, No medical Help at all.
Chest Hurting, ~~Heart Heart~~ Heart hurting, Shortness of
breath, body stiffing up, etc.

11/17/2023  Approx: 10:45 pm ~~xxx~~ Sleeping on floor
In 2A1A, I Lamark Johnson was Rush to ben-taub Hospital
blood pressure 211/189. Harris County Jail and



(2)

1200 Medical failed to give me my Correct Meds.
Changing My Meds without my or my primary Dr permission
1200 medical did infact pratice on me with different
Meds. before being rushed to Hosiptal. I was on
floor in sever pain, No pain meds, No blood pressure Meds,
No shower, No food, No water, doing the time of this
Jailors failed to render Aid after them asking for help.
I was told that i was lost on the Medical table at
ben taub hospital, but was brought back to life.
I have fell sever times (9) times hiting my head.
I have a list Of Grievances.
Case #
  52665- Physical ABuse
  52609- Medication
  52549 Rights → 52818
  52447 Harrassment
  52292 Medical
  78452 FYI Medical + Classification
  52918 Mail
  52919 Conduct
  52987 Civil Rights
  IN these cases Most of them i have not heard
anything from anyone the 3 that i did here back on
the same D/o's who commited the acts is the same ones
who is investigating the cases. How is that?

                    12/11/2023

(3)

Come Now 11/30/2023 Camark Johnson spn# 02170059 is still sleeping on the floor in 2A1A cell, No shower, No clean clothes, feel to eat on the floor. Cant get my meds because im pain and sleeping on the floor. I cant get up the 2A1A Camera will prove this and more. Cant get to the bathroom in a timely matter. Now being threaten by D/o's and Classification because of my disabilities and handicap and Medicals. Try to lock me up in a punishment cell when knowing i suffer with Closaphopia. My life and Health is in danger here a 1200 baker st. Jail and medical.

Let it be known this day 11/30/2023 I LaMark Johnson spn# 02170059 have been crying out for help asking to be removed from 1200 baker and 1200 Medical to another part of the jail and under Another part of Medical and under another MD (Doctor) such as JPC, 701 or 700. I have been threaten, Assaulted and physical abuse by Dentention officers, inmates. Grievances will prove this. Asking for help.

Come Now 12/1/2023 Sargent Meece #106  Came in 2A14 I was kicking on door of 2A1A, I told Meece #106 i was hurting and sleeping on the floor and need help, No shower eating food that im a lergy to i ect. Meece #106 told me to find a bunk to get into. Knowing that my wheel chair will Not go down the isles of bunks. isles to small. 2A1A Camera will prove this Approx: 10:15 Am. Meece #106

LaMark J.                          12/1/2023

(4)

and other detention officers such as D/o iglehart
Made fun of me and my health issues Medically and
living conditions and walk off and fail to render aid.

ON 12/2/2023 Approx: 3:45 pm
D/o williams in 2A1A picket did infact knowing and
willing open my mail, without my present. Per hand
book, HCSO policy all mail is to be open in the presents
of said Inmates. the Mail envelope came but No letter
so i start kicking the door of 2A1A, Sargent Meece # 106
Came in ask whats wrong? I then told him that
D/o williams in the picket open my mail without my presents
I showed Meece # 106 the envelope with letter from
5th circuit court letter missing. After that Meece # 106
started laughing with iglehart and making fun of me
D/o
again. Meece # 106 refuses to write up anything but infact
wrote me up for asking for help, Meece # 106 refuse to
he me LaMark Johnson # 02170059, Meece # 106 Sade me
Sleeping on the floor, No shower, siting in my own
Urine, feeces, eating on the floor etc. No meds and more
in pain. No help.

12/11/2023

Page
(5)

Come Now 12/4/2023  Approx: 3:45 - 5:15 pm
I was called out hallway of 2A1A to speak with Nurse
about my health and living conditions. After speaking
with Nurse i bid for Sargent Peterson to come over.
Sargent Peterson Came over, I ask him to verify that my
wheelchair want fit down the isle of bunks, cant shower,
Cant walk nor stand. Sargent Peterson Verified that it
is and was true, Sargent Peterson also stated the
the Captain Croaic stated he watch me on Camare of 2A1A
and said i need to used the same amount of energy
I use to set up and down on the floor, to crawl to
the bunk im asign to. This can be verified on the
2A1A Hallway Camare on 12/4/2023 Aprox: 3:45 - 5:15 pm
I was Also with Silva the Phyic of Mental Health
who i wrote to for help. She became a advocate for me
to get help. Silva then explain to the Nurse
and Sargent peterson that I Lamark Johnson
SPN#02170055 Never have been a Mental
Health patient and does not belonge on this floor.
then Sargent peterson and the Nurse then stated we know
this is the only Place we can put him at Right a cross.
Violateing my Rights. forceing me to liveing in these conditions
1206 Medical Dr. Providorg RN, etc is falsefying Medical Records
and documents

12/11/2023

Case (6)

2A14 Dorm Condictions 12/10/2023

1 ADA sink for standing disable person. for 12 mens

1 ADA toliet for 12 mens

Home made string with bottles tied each end to hold home made trash bags for Curtain for privacy

1 Shower NOT ADA with homemade string with homemade trash bag use for privacy

2A1A Dorm is being clean by ADA patients with NO Chemicals.

Bed bunks is not apart enough for disable patients to get in bed. Patients hping on one leg to get in Bed. Notice NO Light in the Shower

Shower being used as a second toliet

Table has benchers, No where for Patients to eat at the table, So we are eating out of our laps.

Giving Meds through the door of 2A1A Causing pain for disable Patients

Hippo laws being broken RN and D/o's Hollowing through the door with Patients information.

Bunks with over heads, Disable Patients hiting there Heads

Doors being slammed by RN's, D/o's etc. Medical carts

Food being served cold

Using the same mop to Clean 2 dorm's 2A1A, 2A1B without changing the water.

Bed matts so them and torn up and dirty and stinkey.

No outside air or sunlight.

Change of clothes ever 5 or 6 days

Pit door to small for wheel chair to come through



All Denitention Officers  Who knows and
involed.
Sargent Greens
Sargent Bass
Sargent Walker
Sargent Hernedas
Supervisor Hernedas  Mental Health unit.
Sargent Brigham
Sargent L. smith
Sargent Peterson
Sargent C. smith
Sargent Garcia
Sargent D. Campbell
Sargent Meece #106
LT A. Alanis
Sheriff M. white
Sheriff E Mendoza
D/o's
LeFNNg 3A2B Picket
Chuck 2A1A Picket
William 2A1A Picket
Ighhart 2A1A Mental Health unit
Allen 3A2B Picket
Udom 3A2B Picket
J. Otis Jr
S. Dugos 3A2B
Maderanto  1200 medical Clinic
Q. Scott 1260 medical Clinic

12/11/2023

(8)

Oak Medical Clinic
Harvey 2A1A
S. Taylor 3A2B
B. Long 2A1A
O. Lopez 2A1A
Chapen 2A1A
Recec 2A1A
Dones Medical clinic
Brown 2A1A Picket
Olownie 2A1A Picket
Corder 2A1A Picket
K. Paul 2A1A
K Wnogc 2A1A
R. Pomfrey
D. Zilton
M. Conners 2A1A
Hently 2A1A
Fieorose DTCC
Harrison Metal Health Unit

Medical Staff of 12OU Baker.
Dr. Allen
Dr. Grace
William Law of ADA Cooridiaator
Provider Olabee
Provider Bailey
Nurse M. Thomas
Nurse Richardson                    12/11/2023

Nurse Lablanc
Nurse Jackson

Departments of 1200 baker who know and
failed to render aid.

Chronic Pain
Classification
Mental Health
Medical
Special Needs
2 floor
3 floor
5 floor
infirmary.

I wrote to the sheriff offices by mail 11/26/2023
12/6/2023  I wrote to the M. ACSO Case Management by mail
I wrote to ADA Sheriff office by mail  12/6/2023
I wrote to ADA Coordinator office by mail 11/26/2023

(The Kiosk losing)
23-2486380 PCC officer
23-2486114 Medical
23-2485799 Grievance board
3-2484276 Medical
3-2484274 PCC officer
13-2482908 Medical



23-2482376 Medical Grievance board
23-2482348 Pec Officer
23-2480330 Grievance board 23-2480330
23-2480311 Medical
23-2480303 Pec Officer
23-2479024 Pec Officer
23-2478544 Medical
23-2478543 Grievance board
23-2478505 Grievance board
23-2477490 Medical
23-2473008 Pec Officer

12/11/2023



11

23.244 1550  Grievance Board
23 243 9781  Classification
23243 6541 Classification
23243 6487  PCC Officer
23243 6475  Prea/LGBt
23243 6469  Shift Supervisor
23243 5009  Medical
23 243 4977  Grievance Board
23243 1581530 Grievance Board
23242 9778  Grievance Board
23242 8276  Grievance Board
23242 8246  Clinical Dietitian
23242 6559  Law Library
23242 1430  Commissary
23241 9474  Kitchen
23241 9455  Comminssary
23241 9436  Medical
23241 8734  Clinical Dietitian
23241 7853  Kitchen
23241 7836  Comminssary
23241 6016  Kitchen
23241 3949  Comminssary
23241 3906  Medical
23241 3882  Grievance Board
23241 3863  Law Library
23241 0016  Medical
23240 5261  Medical
23240 3519  Commissary
23240 3509  Law Library                  [signature] 12/11/2023



23-2457951 Law Library
23-2456880 Pcc officer
23-2456872 Mental Health
23-2456868 Shift supervisor
23-2455169 Shift Supervisor
23-2453226 Grievance Board
23 2453221 Law Library
23-2453212 Mental Health
23-2453207 Pcc officer
23-2453201 Medical
23-2453193 Shift Supervisor
23-2451138 Grievance Board
23-2449697 Medical
23-2448769 Law Library
23-2448590 Shift Supervisor
23-2447477 Shift Supervisor
23-2447470 Pcc Officer
23-2447464 Medical
23-2447433 Classification
23-2447384 Grievance Board
23-2443924 Medical
23-2443918 Classification
23-2443910 Grievances Board
23-2443893 Shift Supervisor
23-2442850 Pcc officer
23-2442823 Shift supervisor
23-2442595 Medical

Zankzul  12/11/2023

(13)

232498724 Mental Health

232368693 Pcc officer ~ 232499695 Medical

23236 8687 Medical   232499709 Pcc officer

23236 7361 Medical   232249716 Shift supervisor

~~23236~~ 23236 7308 Cleaning supplies ~~23 23~~

~~23236~~ 232488277 Pcc officer   232501576 Shift Supervisor

23248 9064 education   232501536 Medical

23248 9096 Grievance board   ~~2350~~232502486 Clinical Dietitian

23249 0720 Medical   ~~2 35 0~~232502909 Law Library

23249 2608 Pcc officer   232502919 Pcc officer

232492685 Medical   232503832 Chaplin

232492860 Shift supervisor   232503833 Shift supervisor

232492875 Grievance board   232503841 Law Library

232492892 Classification   232503858 Special investigation

232492902 Clinical Dietitian   232503871 Mail

232495098 Prea/LGBtiQi   232503916 Grievance board

232495114 Grievance board   23250 ~~5046~~4678 Classification

23249 ~~shift~~ 5143 Shift supervisor   232506334 Shift supervisor

23249 5153 Classification   232507396 Law Library

232495163 Medical   232509704 Grievance Board

232495180 Pcc officer   232501365 Shift supervisor

232497733 Grievance board   232511641 Grievance Board

~~2349~~232497738 Special investigation (Siu) 23-251/691 Medical

232497744 Classification   23-2511960 Pcc officer

232497749 Medical   23-2514015 Pcc officer

232497751 Pcc officer   23-2514027 Shift supervisor

232497754 Mental Health   23-2514073 Medical

232497758 Shift Supervisor 232516106 Pcc officer

23249 ~~x~~ 8876 Mail   23-2516114 Shift supervisor

232249   ~~~~

14

232405 2590 Low Library
232401974 Medical
232401592 Commissary
232400925 Medical
232395331 Medical
232392106 Medical
232392078 Grievance Board
232387882 Grievance Board
232387873 Shift Supervisor
232387870 Pcc officer
232387557 Medical
232387543 Pcc officer
232387382 Commissary
232387373 Shift Supervisor
232384498 Pcc officer
232379724 Classification
232379708 Shift Supervisor
232379706 Medical
232379224 Prea/LGBti
232379110 Mental Health
232377836 Shift Supervisor
232377829 Classification
232377823 Grievance Board
232377818 Medical
232377810 Pcc officer
232368745 Shift Supervisor
232368707 Kitchen
232368703 Laundry

12/18/2023

Page (15)

(15)

~~12/11/2023~~    Kiosk Loging

I then Ask the C/o what are you doing taking me back
there he force me in my wheel Chair to go back and said
He dont make the Rules, Classification said to put me
back, I write to Pres concerning this Matter, and
Nothing was dont about as of October 9, 2023.
No supervisor, No sergent, No LT, No Captain,
came to talk with me at all. after asking them
all on the kiosk and in person.

23-2486380 Pcc officer
23-2486114 Medical
23-2485799 Grievance Board
23-2484276 Medical
23-2484274 Pcc officer
23-2482908 Medical
23-2482376 Grievance Board
23-2482348 Pcc officer
23-2480330 Grievance Board
23-2480311 Medical
23-2480303 Pcc officer
23-2479024 Pcc officer
23-2478544 Medical
23-2478543 Grievance Board
23-2478505 Grievance Board
23-2477190 Medical
23-2473008 Pcc officer     Frank J     12/11/2023

(16)

23-2471728 Grievance Board
23-2471709 Medical
23-2470757 Medical
23-2469950 Grievance Board
23-2466688 Shift Supervisor
23-2466390 Law Library
23-2466053 Pcc officer
23-2465786 Kitchen
23-2465781 Grievance Board
23-2463550 Kitchen
23-2463547 Grievance Board
23-2463537 Mental Health
23-2463530 Recreation
23-2461545 Metal Health
23-2461530 Pcc officer
23-2461483 Kitchen
23-2461408 Recreation
23-2461405 Law Library.
23-2461404 Clinical Dietitian
23-2461400 Re Entry
23-2461397 Grievance Board
23-2461392 Medical
23-2461140 Medical
23-2461112 Grievance Board
23-2059022 Shift Supervisor

12/11/2023

**GRIEVANCE RECEIPT**
**INMATE GRIEVANCE BOARD**
1200

To:   **LAMARK D          JOHNSON**          Grievance Received      11/7/2023
SPN#   2170059

From: Inmate Grievance Board

Ref:   **GRIEVANCE #     52447**
MHU / MED / ADMIN SEP

The Inmate Grievance Board has received a grievance from Inmate
LAMARK D      JOHNSON

Upon completion of your investigation, check the appropriate finding  and provide the Inmate with this
Grievance Receipt.

I have investigated this grievance and determined it to be:

____Unfounded          ____Founded/Resolved          ____Founded/Unresolved

____ATW/TDC          ___OIG/IAD or  Bureau Investigation

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the
Grievance Board. Appeals must be in writing and submitted within (5) five working days of
the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate   JOHNSON          on Date: 12 / 11 / 23

Supervisor's printed name:   TODD Arlen
Supervisor's Signature:   _____          Date: 12 / 11 / 23

**GRIEVANCE RECEIPT**
**INMATE GRIEVANCE BOARD**
1200

To:   **LAMARK D          JOHNSON**          Grievance Received          12/5/2023
SPN#   2170059

From: Inmate Grievance Board

Ref:   **GRIEVANCE #     52919**
MHU / MED / ADMIN SEP

The Inmate Grievance Board has received a grievance from Inmate
LAMARK D          JOHNSON
Upon completion of your investigation, check the appropriate finding  and provide the Inmate with this
Grievance Receipt.

I have investigated this grievance and determined it to be:

[X]   Unfounded          ___ Founded/Resolved          ___ Founded/Unresolved

___ ATW/TDC          ___ OIG/IAD or  Bureau Investigation

# Grievance Receipt
# Inmate Copy

**Grievances with an Unfounded or Founded/Resolved determination may be appealed to the
Grievance Board. Appeals must be in writing and submitted within (5) five working days of
the investigating supervisor's decision (excluding holidays).**

Grievance Receipt was Delivered to Inmate   JOHNSON          on Date:  12  /  11  / 23

Supervisor's printed name:   Sgt. D. Meece #106

Supervisor's Signature:          Date:   12  /  11  / 23

*The Same peopk / Person who did this
to me is investigation this
(See)*

**GRIEVANCE RECEIPT**
**INMATE GRIEVANCE BOARD**
1200

To:   **LAMARK D.**          **JOHNSON**          Grievance Received      12/5/2023
SPN# 2170059

**From: Inmate Grievance Board**

Ref:  **GRIEVANCE #**    **52918**
MHU / MED / ADMIN SEP

---

The Inmate Grievance Board has received a grievance from Inmate
LAMARK D      JOHNSON
Upon completion of your investigation, check the appropriate finding  and provide the Inmate with this
Grievance Receipt.

---

I have investigated this grievance and determined it to be:

☒ Unfounded          ____ Founded/Resolved          ____ Founded/Unresolved

____ ATW/TDC          ____ OIG/IAD or  Bureau Investigation

# Grievance Receipt
# Inmate Copy

**Grievances with an Unfounded or Founded/Resolved determination may be appealed to the
Grievance Board. Appeals must be in writing and submitted within (5) five working days of
the investigating supervisor's decision (excluding holidays).**

Grievance Receipt was Delivered to Inmate   JOHNSON          on Date: 12 / 11 / 23

Supervisor's printed name: _____

Supervisor's Signature:    Sgt. D. Meece #106          Date: 12 / 11 / 23

The same people / Person who did this
to me is investigating.

(See)

**GRIEVANCE RECEIPT**
**INMATE GRIEVANCE BOARD**
1200

To:   **LAMARK D           JOHNSON**           Grievance Received     11/13/2023
SPN#   2170059

From: Inmate Grievance Board

Ref:  **GRIEVANCE #**   52549
MHU / MED / ADMIN SEP

The Inmate Grievance Board has received a grievance from Inmate
LAMARK D        JOHNSON

Upon completion of your investigation, check the appropriate finding  and provide the Inmate with this
Grievance Receipt.

I have investigated this grievance and determined it to be:

\_\_\_**Unfounded**        \_\_\_**Founded/Resolved**        \_\_\_**Founded/Unresolved**

\_\_\_**ATW/TDC**         \_\_\_**OIG/IAD or  Bureau Investigation**

# Grievance Receipt
# Inmate Copy

**Grievances with an Unfounded or Founded/Resolved determination may be appealed to the
Grievance Board. Appeals must be in writing and submitted within (5) five working days of
the investigating supervisor's decision (excluding holidays).**

Grievance Receipt was Delivered to Inmate   JOHNSON              on Date:  11 / 24 / 23

Supervisor's printed name:   Gilbert Garza #964

Supervisor's Signature:   #964              Date:  11 / 24 / 23

LaMark Johnson
Date of birth: June 17, 1974
SPN# 02170059

I state that this is a true statment
and copies of copies Grievances. Alone will
Kiosk Login Number + Grievances file numbers.

(I sign) _LaMark Joh_
                    LaMark Johnson
                    SPN# 02170059

~~Unider~~ Under Oat I swear.

US POSTAGE ᴹ PITNEY BOWES

ZIP 77002 $ 000.87°
02 4W
0000368784 DEC. 15 2023

United States Courts
Southern District of Texas
F I L E D

DEC 1 8 2023

Nathan Ochsner, Clerk of Court

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name LaMark Johnson
SPN 02170059        Cell 2A1A
Street 1200 baker St
HOUSTON, TEXAS 77002



Keefe
Commissary Network

INDIGENT

5ᵗʰ Circuit Court
515 Rusk Street
Houston TX 77002